# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XEENA SPELLMAN,<br><br>　　　　Defendant. | Case No. 1:25-po-00264-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 3, 4) |

　　　On November 5, 2025, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Xeena Spellman for violation of federal regulations.  (ECF No. 1 (Violation No. E1762635).)  Defendant was directed to pay $45.00.  (Id.)  On November 20, 2025, the United States moved to dismiss the violation in the interest of justice, which the Court granted.  (ECF No. 3.)  However, on January 7, 2026, Defendant made a payment in full.  (ECF No. 4.)

　　　In light of the dismissal, IT IS HEREBY ORDERED that Defendant Xeena Spellman be refunded in the amount of $45.00.

IT IS SO ORDERED.

Dated: __**January 8, 2026**__　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1